```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

B & C INVESTMENTS OF
ARKANSAS, INC.                                              PLAINTIFF

VS.                          CASE NO. 06-2002

CITY OF FORT SMITH, ARKANSAS                                DEFENDANT

## **JUDGMENT**

For the reasons recited within a memorandum opinion of even date, the Court finds plaintiff's claims to be without merit and subject to dismissal. Accordingly, plaintiff's complaint is hereby **DISMISSED, WITH PREJUDICE,** in its entirety.

IT IS SO ORDERED this 25th day of January 2007.

                              /S/JIMM  LARRY  HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE